IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TREO SALON, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEST BEND MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 20-cv-1155-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

IT IS ORDERED AND ADJUDGED that pursuant to the Order dated November 9, 2022 (Doc. 64), judgment is entered in favor of Defendant West Bend Mutual Insurance Company. This action is **DISMISSED** with prejudice, each party to bear own costs.

**DATED: November 9, 2022**

        MONICA A. STUMP,
        Clerk of Court

        By: s/ *Jackie Muckensturm*
            Deputy Clerk

**APPROVED: s/ *Stephen P. McGlynn***
          **STEPHEN P. MCGLYNN**
          **U.S. District Judge**